**IT IS ORDERED as set forth below:**

Date: February 13, 2020



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-63583-LRC |
| PRISCILLA LYNETTE FEVRIERE,<br>       Debtor. | CHAPTER: 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MASTR SPECIALIZED LOAN TRUST 2007-02 MORTGAGE PASS-THROUGH CERTIFICATES,<br>       Movant,<br>v.<br>PRISCILLA LYNETTE FEVRIERE, Debtor,<br>MELISSA J. DAVEY, Trustee,<br>       Respondent(s). | JUDGE:  LISA RITCHEY CRAIG<br><br><br><br><br><br>CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY (#13)

The above styled Motion was called for hearing on January 28, 2020, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. Appearances noted on record.  Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is modified for

Movant herein, its successors and assigns, regarding the real property commonly known as 2962 Fairton Trl Lithonia GA 30038.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

*/s/ Andrew H. McCullen*
Andrew H. McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Toll-Free: (844) 470-8804
Fax: (619) 590-1385
Email: amccullen@aldridgepite.com

NO OPPOSITION:

*/s/ Mandy K. Campbell*   with express permission
Mandy K. Campbell, Bar No.: 142676
Attorney for Trustee Melissa J. Davey
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Phone:  678-510-1444
Email: mail@13trusteeatlanta.com

DISTRIBUTION LIST

Priscilla Lynette Fevriere
332 Jackson St.
Cartersville, GA 30120

Melissa J. Davey
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305